**Order entered October 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00181-CR

**JOSE ISMAEL ARREOLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00581-N**

## ORDER

The Court **REINSTATES** the appeal.

On October 18, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have now received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 18, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/ DAVID EVANS
JUSTICE